```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    HOT SPRINGS DIVISION
```

JOSEPH CARTHRON                                      PLAINTIFF

    v.        Case. No. 09-6036

HELEN MARIE MORRISON, ANNE
KATHLEEN GEDDINGS, BECKY
CAROL REEVES, ANITA EFIRD, and
DAN ROBERTS                                          DEFENDANTS

## J U D G M E N T

For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, Defendants' Motion to Dismiss (Doc. 8) is **GRANTED.** Plaintiff Joseph Carthron's Complaint is therefore **DISMISSED WITH PREJUDICE** with the parties to bear their own fees and costs. **The parties have thirty days from entry of this judgment on the docket in which to appeal**.

IT IS SO ORDERED this 14th day of September, 2009.

                              /s/ Robert T. Dawson
                              Robert T. Dawson
                              United States District Judge