```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                HOT SPRINGS DIVISION
```

JOSEPH CARTHRON                                    PLAINTIFF

   v.           Case. No. 09-6036

HELEN MARIE MORRISON, ANNE
KATHLEEN GEDDINGS, BECKY
CAROL REEVES, ANITA EFIRD, and
DAN ROBERTS                                        DEFENDANTS

# O R D E R

Currently before the Court is Plaintiff's Motion for a New Trial or Amendment of Judgment (Doc. 22). On September 14, 2009, the Court granted Defendants' Motion to Dismiss and dismissed Plaintiff's Complaint (Doc. 21). The Court will construe Plaintiff's Motion as a motion to reconsider its ruling. Such motion is DENIED, and Plaintiff is again advised that he has thirty days from the entry of the judgment to appeal.

IT IS SO ORDERED this 1st day of October 2009.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**